1 | JOHN L. BURRIS, ESQ./State Bar No. 69888
LAW OFFICES OF JOHN L. BURRIS
2 | 7677 Oakport Street, Suite 1120
Oakland, CA 94621
3 | Telephone: (510) 839-5200
Facsimile: (510) 839-3882
4 |
GAYLA B. LIBET, ESQ./State Bar No. 109173
5 | LAW OFFICES OF GAYLA B. LIBET
486 41st Street, 33
6 | Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324
7 |
Attorneys for Plaintiff
8 | JAMES B. WHITE

9 | DENNIS J. HERRERA, State Bar #139669
City Attorney
10 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
11 | CELIA W. LEE, State Bar #172981
Deputy City Attorney
12 | 1390 Market Street, 6th Floor
San Francisco, California 94102-5408
13 | Telephone:    (415) 554-3858
Facsimile:     (415) 554-3837
14 |
15 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
16 | HEATHER FONG, DERRICK J. LEW, DAVID CORREA,
and AJAY SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. WHITE,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; et al.,<br><br>   Defendants. | Case No. C08-05419 PJH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS CITY AND COUNTY OF SAN FRANCISCO, HEATHER FONG, DERRICK LEW, DAVID CORREA, AND AJAY SINGH TO RESPOND TO COMPLAINT**<br><br>[Northern District Local Rule 6-1(a)]<br><br>Date Action Filed:   December 2, 2008<br>Trial Date:              None Set |

1  Plaintiff JAMES B. WHITE and Defendants CITY AND COUNTY OF SAN FRANCISCO
2  ("CCSF"), HEATHER FONG, DERRICK LEW, DAVID CORREA, and AJAY SINGH in the above-
3  referenced matter, through their respective counsel, stipulate pursuant to United States District Court
4  for the Northern District Local Rule 6-1(a) to extend the time within which Defendants CCSF, FONG,
5  LEW, CORREA, and SINGH may respond to the First Amended Complaint for Damages in this
6  matter.  As agreed by the parties, these defendants' time to respond will be up to and including
7  February 27, 2009.
8      This Stipulation may be executed in counterpart.
9      IT IS SO STIPULATED.

Dated:  February 26, 2009                    LAW OFFICES OF JOHN L. BURRIS

                  -/s/-   John L. Burris

             By:_____
             JOHN L. BURRIS
             Attorneys for Plaintiff JAMES B. WHITE

Dated:  February 26, 2009                    LAW OFFICES OF GAYLA B. LIBET

                  -/s/-   Gayla B. Libet

             By:_____
             GAYLA B. LIBET
             Attorneys for Plaintiff JAMES B. WHITE

Dated:  February 27, 2009                    DENNIS J. HERRERA, City Attorney
             JOANNE HOEPER, Chief Trial Deputy
             CELIA W. LEE, Deputy City Attorney

                  -/s/-   Celia W. Lee

             By:_____
             CELIA W. LEE
             Attorneys for Defendants
             CITY AND COUNTY OF SAN FRANCISCO,
             HEATHER FONG, DERRICK LEW, DAVID CORREA,
             AND AJAY SINGH

**ORDER**

Pursuant to the above Stipulation, IT IS SO ORDERED.

Dated: 3/3/09



PHYLLIS J. HAMILTON
Judge, United States District Court
Northern District of California