1 | JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
2 | 7677 Oakport Street, Suite 1120
Oakland, CA 94621
3 | Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
4

5 | GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
6 | 486  41st Street, Suite 3
Oakland, CA 94609
7 | Telephone and Facsimile:  (510) 420-0324

8 | Attorneys for Plaintiff

9 | DENNIS J. HERRERA/ State Bar # 139669
City Attorney
10 | JOANNE HOEPER/ State Bar # 114961
Chief Trial Deputy
11 | CELIA W. LEE/ State Bar # 172981
Deputy City Attorney
12 | Office of San Francisco City Attorney
1390 Market Street, Sixth Floor
13 | San Francisco, CA 94102-5408
Telephone: (415) 554-3858
14 | Facsimile:  (415) 554-3837

15 | Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
16 | HEATHER FONG; DERRICK J. LEW;
DAVID CORREA; and AJAY SINGH
17

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA

20

21 | JAMES B. WHITE,                           Action No. C-08-05419-PJH

22 |           Plaintiff,              **STIPULATION AND P~~ROPOSE~~D ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
23 | vs.

24 | CITY AND COUNTY OF SAN FRANCISCO,
a municipal corporation; HEATHER FONG,
25 | in her capacity as Chief of Police for CITY AND
COUNTY OF SAN FRANCISCO; DERRICK J. LEW;
26 | CHRISTIAN BERGE; DAVID CORREA;
AJAY SINGH; HERMAN LUEDTKE; and Officer
27 | MARTIN, individually, and in their capacity as police
officers for CITY AND COUNTY OF SAN FRANCISCO;
28 | and, DOES 1-25, inclusive,

                    Defendants.                /

# STIPULATION

All parties to this action stipulate and agree, by and through their respective counsel, as follows:

1. Plaintiff's lead counsel, John L. Burris, Esq., is out of town and hence unavailable for the Case Management Conference presently scheduled for Thursday, March 26, 2009, at 2:30 p.m., in Ctrm.3 / 17th Floor, S.F. Federal Building, before Honorable Phyllis J. Hamilton.  The Joint Case Management Conference Statement has been E-filed;

2. Plaintiff's other lead counsel, Gayla B. Libet, Esq., was informed this weekend, on March 22, 2009, that the person who normally takes care of her 95 year old mother, Ms. Fay Libet, in Davis, California, will not be available for Wednesday through Friday this week.  So, Ms. Libet will need to be there in Davis on those dates this week to take care of her mother;

3. Ms. Libet called Ms. Nichole Heuerman, Court Clerk for Judge Hamilton today and asked to appear by phone this Thursday, from Davis, California.  Ms. Heuerman informed Ms. Libet that Judge Hamilton never allows telephone appearances, and informed Ms. Libet that if defense counsel agrees to continue the Case Management Conference, selecting another Thursday at 2:30 p.m. with plaintiff's counsel, and we then E-file a Stipulation and Proposed Order to this effect, the Case Management Conference could be continued; and,

4. Therefore, good cause appearing, and counsel have conferred and agreed, the parties request that this Court continue the Case Management Conference presently scheduled for Thursday, March 26, 2009, at 2:30 p.m. to next Thursday, April 2, 2009, at 2:30 p.m., or should that date not be good for the Court, then continue to Thursday, April 16, 2009, at 2:30 p.m..

Respectfully submitted,

LAW OFFICES OF GAYLA B. LIBET

Dated:     March 23, 2009                    By:  /s/ Gayla B. Libet                     
                                                  GAYLA B. LIBET, Esq.
                                                  Attorneys for Plaintiff

LAW OFFICES OF JOHN L. BURRIS

Dated: March 23, 2009                By:/s/ John L. Burris
                                         JOHN L. BURRIS, Esq.
                                         Attorneys for Plaintiff


                                         DENNIS J. HERRERA, City Attorney
                                         JOANNE HOEPER, Chief Trial Deputy
                                         CELIA W. LEE, Deputy City Attorney


Dated: March 23, 2009                By:/s/ Celia W. Lee
                                           CELIA W. LEE, Esq.
                                         Attorneys for Defendants

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature, indicated as "/s/ " within this E-filed document.

Dated: March 23, 2009                By: /s/ Gayla B. Libet
                                         GAYLA B. LIBET, Esq.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.
THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO 4/2/09 AT 2:30 P.M.

Dated: 3/26/09



HONORABLE PHYLLIS J. HAMILTON
Judge