DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
CELIA W. LEE, State Bar #172981
Deputy City Attorney
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3858
Facsimile:      (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
HEATHER FONG, DERRICK LEW,
DAVID CORREA, and AJAY SINGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. WHITE,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for CITY AND COUNTY OF SAN FRANCISCO; DERRICK J. LEW; CHRISTIAN BERGE; DAVID CORREA; AJAY SINGH; HERMAN LUEDTKE; and Officer MARTIN, individually, and in their capacity as police officers for CITY AND COUNTY OF SAN FRANCISCO; and, DOES 1-25, inclusive,<br><br>    Defendants. | Case No. C08-05419 PJH<br><br>**STIPULATED AND [P~~ROPOSED~~] ORDER CONTINUING DEADLINE TO CONDUCT MEDIATION AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff JAMES B. WHITE and Defendants CITY AND COUNTY OF SAN FRANCISCO ("CCSF"), HEATHER FONG, DERRICK LEW, DAVID CORREA, and AJAY SINGH in the above-referenced matter, through their respective counsel, stipulate as follows:

On April 2, 2009, at the Case Management Conference, the Court referred the parties to court-sponsored mediation, which was to be completed in 150 days, or by August 31, 2009.  The Court also

1  set a further Case Management Conference for September 3, 2009, at 2:30 p.m., with a Joint Case
2  Management Statement due on August 27, 2009.

3      On April 16, 2009, the Court appointed mediator Christopher Johns of Johns & Allyn.  The
4  parties and mediator Johns conferred and agreed on a mediation date of August 27, 2009 in order to
5  allow time for the parties to accomplish some discovery prior to the mediation.

6      Based on an extended illness this summer, counsel for the City and officer defendants (Deputy
7  City Attorney Celia Lee) has been unable to accomplish discovery – written discovery and depositions
8  – prior to a mediation taking place.  In addition, counsel for plaintiff White has not yet completed
9  discovery.

10     The parties have met and conferred and agree that based on the foregoing circumstances,
11 additional time is required for discovery to take place prior to a mediation.  Accordingly, the parties
12 request that the Court extend the parties' deadline for completing the mediation an additional 120 days,
13 or December 31, 2009.  The Court-appointed mediator does not object to the parties' request for a
14 continuance of the mediation deadline.

15     In addition, in light of the foregoing circumstances, the parties agree that the further Case
16 Management Conference set for September 3, 2009 should be continued until after the mediation takes
17 place so that the parties may report to the Court on the mediation, and hereby request that it be so
18 continued.

19     IT IS SO STIPULATED.

20 Dated:  August 20, 2009                  DENNIS J. HERRERA
21                                         City Attorney
                                        JOANNE HOEPER
22                                         Chief Trial Deputy
                                        CELIA W. LEE
23                                         Deputy City Attorney

24                                         -/s/-   *Celia W, Lee*
                              By:_____
25                                         CELIA W. LEE
                                        Attorneys for Defendant
26                                         CITY AND COUNTY OF SAN FRANCISCO

27

28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  August 18, 2009 | LAW OFFICES OF GAYLA B. LIBET |

Dated:  August 18, 2009					LAW OFFICES OF GAYLA B. LIBET

							          *-/s/-  Gayla B. Libet*
						By:_____
							GAYLA B. LIBET
							Attorneys for Plaintiff JAMES B. WHITE

Dated:  August 20, 2009					LAW OFFICES OF JOHN L. BURRIS

							          *-/s/-  John L. Burris*
						By:_____
							JOHN L. BURRIS
							Attorneys for Plaintiff JAMES B. WHITE
							*\*Pursuant to GO 45, the electronic signatory has
							obtained approval from this signatory.*

**ORDER**

Based on the above stipulation, and for good cause appearing, the deadline to conduct a mediation in this case is continued to and including December 31, 2009.

In addition, the Case Management Conference set for September 3, 2009 is hereby continued to January 7, 2010, at 2:30 p.m.

Dated:  8/25/09					_____
							THE HONORABLE PHYLLIS J. HAMILTON

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)