JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, Suite 3
Oakland, CA 94609
Telephone and Facsimile:  (510) 420-0324

**Attorneys for Plaintiff JAMES WHITE**

DENNIS J. HERRERA/ State Bar # 139669
City Attorney
JOANNE HOEPER/ State Bar # 114961
Chief Trial Deputy
CELIA W. LEE/ State Bar # 172981
Deputy City Attorney
Office of San Francisco City Attorney
1390 Market Street, Sixth Floor
San Francisco, CA 94102-5408
Telephone: (415) 554-3858
Facsimile:  (415) 554-3837

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO;
HEATHER FONG; DERRICK J. LEW;
DAVID CORREA; and AJAY SINGH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES B. WHITE,<br><br>             Plaintiff,<br><br>       vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br>a municipal corporation; et al.<br><br>             Defendants. | Case No.  C 08-05419 PJH<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER TO EXTEND TIME FOR COMPLETION OF MEDIATION AND TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE** |

---

STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR COMPLETION OF MEDIATION
AND TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE
Case No.  C 08-05419 PJH

1

**STIPULATION**

ALL PARTIES TO THIS ACTION STIPULATE AND AGREE, BY AND THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

1. Defense counsel was ill for an extended time, and then was tied up with extensive work to be done in many cases. Thus, defense counsel has served written discovery by mail on plaintiff's counsel on <u>December 30, 2009</u>. Plaintiff's counsel is in the process of meeting and conferring with defense counsel regarding discovery issues, namely: Defendants' responses to written discovery which plaintiff finds inadequate and incomplete. Plaintiff's counsel will write a letter detailing what is requested to be produced and responded to, and the relevant case law. Further, defense counsel has drafted a Stipulated Protective Order which all counsel are finalizing so that it may be E-filed shortly, and aid in the discovery process. Counsel have not yet conducted key depositions in this case. Therefore, the above-referenced discovery and discovery issues need to be addressed and completed before any meaningful mediation can occur.

2. The Mediator in this matter, Christopher Johns, Esq., has engaged in a telephone conference with counsel, and we all have agreed to the need to request an extension of time for completion of mediation, and agreed to a new date for the Mediation: <u>March 1, 2010, at 9:00 a.m.</u> Therefore, it would be advantageous to re-schedule the next Case Management Conference from the presently scheduled date of <u>January 7, 2010</u> to a date in <u>March 2010</u>, following the completion of the Mediation; and,

3. Therefore, good cause appearing, and counsel and Mediator have conferred and agreed, the parties request that this Court continue the Case Management Conference presently scheduled for <u>Thursday, January 7, 2010 at 2:30 p.m.</u> to a ~~Thursday in mid or late~~ ~~March 2010 at 2:30 p.m.~~ March 25, 2010 at 2:00 p.m., and to extend time for completion of Mediation from <u>December 31, 2009</u> to <u>March 1, 2010</u>.

---
STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR COMPLETION OF MEDIATION
AND TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE
Case No.  C 08-05419 PJH

2

Respectfully submitted,

                LAW OFFICES OF GAYLA B. LIBET

Dated: December 30, 2009       By: /S/
                                            GAYLA B. LIBET, Esq.
                                            Attorneys for Plaintiff

                LAW OFFICES OF JOHN L. BURRIS

Dated: December 30, 2009       By: /S/
                                            JOHN L. BURRIS, Esq.
                                            Attorneys for Plaintiff

                DENNIS J. HERRERA, City Attorney
                JOANNE HOEPER, Chief Trial Deputy
                CELIA W. LEE, Deputy City Attorney

Dated: December 30, 2009       By: /S/
                                            CELIA W. LEE, Esq.
                                            Attorneys for Defendants

STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR COMPLETION OF MEDIATION
AND TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE
Case No.  C 08-05419 PJH

3

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature, indicated as "/s/" within this E-filed document.

Dated: December 30, 2009              By:/S/
                                              GAYLA B. LIBET, Esq.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/4/10                          _____
                                       HONORABLE PHYLLIS J. HAMILTON
                                       United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR COMPLETION OF MEDIATION
AND TO CONTINUE DATE OF CASE MANAGEMENT CONFERENCE
Case No.  C 08-05419 PJH

4