1  JOHN L. BURRIS, Esq./ State Bar # 69888
   LAW OFFICES OF JOHN L. BURRIS
2  7677 Oakport Street, Suite 1120
   Oakland, CA  94621
3  Telephone:  (510) 839-5200
   Facsimile:  (510) 839-3882
4

5  GAYLA B. LIBET, Esq./ State Bar # 109173
   LAW OFFICES OF GAYLA B. LIBET
6  486 41st Street, Suite 3
   Oakland, CA  94609
7  Telephone and Facsimile:  (510) 420-0324

8  JAMES F. HANNAWALT/State Bar #
   Deputy City Attorney
9  City and County of San Francisco
   1390 Market Street, Sixth Floor
10 San Francisco, CA 94102-5408
   Telephone: (415) 554-3913 Facsimile: (415) 554-3837
11 Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO;
12 HEATHER FONG; DERRICK J. LEW;
   DAVID CORREA; and AJAY SINGH
13

14
                  UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16

17

| JAMES B. WHITE,                                      | Case No. C-08-05419-PJH (JCS)          |
|------------------------------------------------------|----------------------------------------|
|                 Plaintiff,                           |                                        |
| vs.                                                  | **STIPULATION FOR DISMISSAL WITH PREJUDICE**  AND ORDER |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; HEATHER FONG, in her capacity as Chief of Police for CITY AND COUNTY OF SAN FRANCISCO; DERRICK J. LEW; CHRISTIAN BERGE; DAVID CORREA; AJAY SINGH; HERMAN LUEDTKE; and Officer MARTIN, individually, and in their capacity as police officers for CITY AND COUNTY OF SAN FRANCISCO; and, DOES 1-25, inclusive, | **Honorable Phyllis J. Hamilton** |
|                 Defendants.                          |                                        |

STIPULATION FOR DISMISSAL WITH PREJUDICE -C-08-05419 PJH (JCS)

1

The parties, by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of all of Plaintiff James White's claims against the Defendants in this action. Each party will bear it own litigation costs and attorney's fees.

                              Respectfully submitted,

Dated: July 1, 2011

LAW OFFICES OF JOHN L. BURRIS

By: /s/ John L. Burris
    JOHN L. BURRIS, Esq.
    Attorneys for Plaintiff

LAW OFFICES OF GAYLA B. LIBET

Dated: July 1, 2011

By: /s/ Gayla B. Libet
    GAYLA B. LIBET, Esq.
    Attorneys for Plaintiff

DENNIS J. HERRERA, City Attorney
JOANNE HOEPER, Chief Trial Deputy
JAMES F. HANNAWALT, Deputy City Attorney

Dated: July 1, 2011

By: /s/ James F. Hannawalt
    JAMES F. HANNAWALT, Esq.
    Attorneys for Defendants

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated:** 7/5/11

**Honorable Phyllis J. Hamilton**
**United States District**

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton (seal: United States District Court, Northern District of California)

STIPULATION FOR DISMISSAL WITH PREJUDICE - C-08-05419 PJH (JCS)     2